

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JEROME JULIUS BROWN,

    Plaintiff,

v.                                           ACTION NO. 2:13cv266

BANCROFT, MCGAVIN, HORVATH, &
JUDKINS PC, and
JULIA BOUGIE JUDKINS,
Practice Counsel,

    Defendants.

## DISMISSAL ORDER

Plaintiff ("Brown") submitted this action while incarcerated. Brown has a long history of vexatious litigation. On July 28, 2010, Judge Payne issued a Standing Order with respect to Brown in Action No. 3:10mc10. Pursuant to the Standing Order, Brown may have only one case pending at a time in this district unless a *bona fide* emergency exists. Any action that does not comply with the Standing Order is to be dismissed summarily without prejudice. Currently, Brown has an action pending in this Court. See Action No. 2:12cv283. Brown's Complaint in this case consists of various documents that appear to be related to false representations alleged in a motion to dismiss filed by a police officer, property allegedly seized and not released, and a warrant for Plaintiff's arrest from January 2013. However, nothing in the Complaint suggests the existence of a *bona fide* emergency. Brown has filed the Complaint in contravention of the Standing Order. Therefore, the Complaint is **DISMISSED** without prejudice to Brown's right to file this action when he has no

other actions pending in the United States District Court for the Eastern District of Virginia. Brown is **ADVISED** that he must also comply with the other requirements of the Standing Order.

Brown is **ADVISED** that he may appeal from this Dismissal Order by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510. Said written notice must be received by the Clerk within thirty (30) days from the date of this Dismissal Order. If Brown wishes to proceed *in forma pauperis* on appeal, the application to proceed *in forma pauperis* is to be submitted to the Clerk, United States Court of Appeals, Fourth Circuit, 1100 E. Main Street, Richmond, Virginia 23219.

The Clerk is **DIRECTED** to send a copy of this Dismissal Order and a copy of the July 28, 2010, Standing Order to Brown.

IT IS SO **ORDERED**.

/s/
Arenda L. Wright Allen
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
May 30, 2013